

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEITH JUDD; et al., | No. 12-57177 |
| Plaintiffs - Appellants, | D.C. No. 8:12-cv-01888-DOC-AN |
| v. | |
| BARACK OBAMA, in his capacity as a candidate on the ballot for the US President in 2012 election; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted August 13, 2014[**]

Before:    SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

Appellants appeal from the district court's order striking their complaint and

terminating their action alleging fraud in the 2012 presidential election. We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.

*Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  We affirm.

After careful examination of the record, we conclude that the district court did not abuse its discretion.  We reject as meritless appellants' contentions of judicial bias and that the district court's dismissal violated their constitutional rights.

**AFFIRMED.**

12-57177